TIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BRYANT LENOIR**                                                                                  **PLAINTIFF**

**vs.**                                           **CIVIL ACTION NO.: 4:22-CV-130-GHD-JMV**

**GRENADA RAILROAD, LLC;**
**AMERICAN RAIL PARTNERS, LLC;**
**RAILUSA, LLC; MACQUARIE**
**INFRASTRUCTURE PARTNERS V GP, LLC;**
**MIP INFRASTRUCTURE PARTNERS V, LP;**
**MIP V RAIL, LLC; and TRACY PEGRAM**             **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PARTIES ONLY

**THIS DAY** this cause came on before the Court on the *ore tenus* Motion of Plaintiff Bryant Lenoir and Defendants Macquarie Infrastructure Partners V GP, LLC; MIP Infrastructure Partners V, LP; MIP V Rail, LLC, and RailUSA, LLC, with the parties appearing by and through counsel of record, and the parties having announced that they have reached a compromise of the claims in this matter against the foregoing Defendants, and the court being fully advised hereby dismisses said claims and all pleadings herein, as follows:

**WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that this action against Defendants Macquarie Infrastructure Partners V GP, LLC, MIP Infrastructure Partners V, LP, MIP V Rail, LLC., and RailUSA, LLC is hereby dismissed without prejudice, with each party bearing their own costs, expenses and attorneys' fees. This dismissal concerns only Plaintiff's claims against those Defendants specifically referenced herein.

SO ORDERED, this the 13th day of December, 2022.

                                                                 SENIOR U.S. DISTRICT JUDGE

**PREPARED BY:**

/s/Christopher D. Meyer
Christopher D. Meyer, Esq.
Turner B. Williams, Esq.
Burr & Forman LLP
The Pinnacle at Jackson Place
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 709-3455
cmeyer@burr.com
twilliams@burr.com
Attorney for Defendants Macquarie Infrastructure Partners V GP, LLC, MIP Infrastructure Partners V, LP, and MIP V Rail, LLC


**AGREED TO AND APPROVED BY:**

/s/ Adam H. Johnson
Adam H. Johnson, Esq.
**NAHON SAHAROVICH & TROTZ, PLLC**
488 South Mendenhall Road
Memphis, Tennessee 38117
Telephone: (901) 259-0435
ajohnson@nstlaw.com
Attorney for Plaintiff

/s/ Jeremy L. Birdsall
Jeremy L. Birdsall, Esq.
Fletcher & SIPPEL, LLC
4205 Canterbury Court
Jackson, MS 39211
Telephone: (601) 506-5729
jbirdsall@fletcher-sippel.com
Attorney for American Rail Partners, LLC