IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRYANT LENOIR,

    *Plaintiff,*

v.                                        Case No. 4:22-cv-00130-GHD-JMV

GRENADA RAILROAD, LLC; et al.,

    *Defendants.*

## ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS

The Defendants RailUSA, LLC; MIP Infrastructure Partners V, LP; Macquarie Infrastructure Partners V GP, LLC; American Rail Partners, LLC; and MIP V Rail, LLC previously filed separate motions to dismiss [24, 26, 31] in this matter. Subsequently, the parties agreed to the dismissal of these five defendants [37, 38]. Accordingly, these five defendants have now been terminated as party Defendants in the case *sub judice*. Therefore, those parties' motions to dismiss [24, 26, 31] are hereby DENIED AS MOOT.

SO ORDERED, this 17 day of January, 2023.

_____
SENIOR U.S. DISTRICT JUDGE